## UNITED STATES of America, Appellee,

v.

## Tony Duane MUNSON, also known as Anthony D. Munson, Appellant.

### No. 03–2894.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 20, 2004.

Decided Feb. 25, 2004.

Sara Elizabeth Fullerton, U.S. Attorney's Office, Lincoln, NE, for Appellee.

David R. Stickman, Federal Public Defender's Office, Omaha, NE, Carlos Monzon, Federal Public Defender's Office, Lincoln, NE, for Appellant.

Tony Duane Munson, #17475–047, Federal Correctional Institution, Waseca, MN, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Tony Duane Munson appeals the district court's[1] ruling on the government's Federal Rule of Criminal Procedure 35(b) motion to depart for substantial assistance. Munson's counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing the district court should have departed fur-

ther. We have no jurisdiction, however, to review the extent of the district court's departure. *See United States v. Coppedge,* 135 F.3d 598, 599 (8th Cir.1998) (per curiam).

We thus dismiss this appeal, *see id.,* and we grant defense counsel's motion to withdraw.

---

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.